IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNDER ARMOUR, INC.          :

v.                          :          CIVIL NO. ELH-18-2204

IFINDMEDIA CORPORATION      :

## REPORT AND RECOMMENDATION

This case was referred to me on September 16, 2019 for review of the default judgment and/or making recommendations concerning damages (ECF 12). On July 18, 2018 the Plaintiff, Under Armour, Inc., filed a Complaint alleging various trademark infringement and related violations regarding their "PROTECT THIS HOUSE" trademark. Defendant, iFindMedia Corporation does business in Maryland, and promoted products under the name "RESPECT THIS HOUSE" of which Plaintiff complains. Under Armour's Complaint set forth well supported facts alleging the violations (ECF 1). The Complaint was served upon Defendant on August 20, 2018 and returned executed on October 10, 2018 (ECF 5). No response was filed by Defendant and in accordance with Fed. R. Civ. P. 55(b)(1), the Clerk entered a Judgment by Default. There was no response by Defendant.

On April 29, 2019, the Court requested Plaintiff file a status report, which was filed on May 15, 2019 (ECF 5,10). The Court sent a letter order to counsel on April 29, 2019 which was returned "undeliverable" and "no forwarding address" as to Defendant (ECF 9). To date, the Defendant has not responded to this litigation or the Court's correspondence.

On May 15, 2019, the Plaintiff filed a motion for default judgment with appropriate support for the motion (ECF 11). I have reviewed the motion and attachments, along with the pleadings and docket in this case. I find that the Plaintiff has complied with Fed. R. Civ. P. 55 in

requesting a default judgment. I find that the Complaint sets forth a valid basis for the alleged violations and those violations are well supported by the exhibits and affidavit of Anna Naydonov. The Complaint also sets forth a valid and enforceable basis for relief.

Therefore, I recommend the Court adopt these findings in this Report and Recommendation and GRANT Plaintiff Judgment by Default. I further recommend the Court adopt the relief requested in the Proposed Order (ECF 11-5) and permit Plaintiff to submit a petition for fees and costs to be evaluated by me in accordance with App. B of the Local Rules of this Court.

September 18th, 2019

A. David Copperthite
United States Magistrate Judge